IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **06-cv-154-AP**

**GILBERT G. ASUNCION,**

       Plaintiff,

v.

**JO ANNE B. BARNHART, Commissioner of Social Security,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

       Defendant's Motion for Leave to File Answer Out of Time (doc. #4), filed April 7, 2006, is **GRANTED.**  The answer is accepted as timely filed.

Dated:  April 10, 2006