IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00154-AP

GILBERT G. ASUNCION,

      Plaintiff,

  v.

JO ANNE B. BARNHART, Commissioner of Social Security

      Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

## 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff:</u>
Francis K. Culkin, Esq.
1120 Lincoln Street, Suite 711
Denver, Colorado 80203
Telephone: (303) 830-1110
E-mail: Fculkinesq@disabilitylawyers.com

<u>For Defendant:</u>
Teresa H. Abbott
Special Assistant United States Attorney

*Mailing Address:*
*1961 Stout Street, Suite 1001A*
*Denver, Colorado  80294*
E-mail: Teresa.Abbott@ssa.gov

*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

## 2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3.  DATES OF FILING OF RELEVANT PLEADINGS

**A.**     **Date Complaint Was Filed:**  January 27, 2006

**B.**     **Date Complaint Was Served on U.S. Attorney's Office:**  January 30, 2006

**C.**     **Date Answer and Administrative Record Were Filed**:  April 10, 2006

## 4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that  the record is complete.

## 5.     STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties state that there is no additional evidence.

## 6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that  this case raises no unusual claims or defenses.

## 7.  OTHER MATTERS

None.

## 8.  PROPOSED BRIEFING SCHEDULE

**A.**     **Plaintiff's Opening Brief Due:**  May 31, 2006

**B.**     **Defendant's  Response Brief Due:**  July 17, 2006

**C.**     **Plaintiff's  Reply Brief (If Any) Due:**  August 1, 2006

## 9.  STATEMENTS REGARDING ORAL ARGUMENT

**A.**    **Plaintiff's Statement:**   Plaintiff requests oral argument.

**B.**    **Defendant's Statement:**   Defendant does not request oral argument.

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

### *Indicate below the parties' consent choice.*

**A.**    **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**B.**    **(X)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12.  AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 2nd day of May, 2006.

BY THE COURT:

 s/John L. Kane_____
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Francis K. Culkin
Francis K. Culkin, Esq.
1120 Lincoln Street, Suite 711
Denver, Colorado 80203
Telephone: (303) 830-1110
E-mail: Fculkinesq@disabilitylawyers.com
Attorney for Plaintiff

WILLIAM J. LEONE
UNITED STATES ATTORNEY

s/ Kurt J. Bohn
KURT J. BOHN

Assistant U.S. Attorney
1225 Seventeenth Street, Suite 700
17th Street Plaza
Denver, Colorado 80202
Telephone: (303) 454-0100
kurt.bohn@usdoj.gov

s/ Teresa H. Abbott
By: Teresa H. Abbott
Special Assistant U.S. Attorney
teresa.abbott@ssa.gov

*Mailing Address:*
1961 Stout St., Suite 1001A
Denver, Colorado  80294

*Street Address:*
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0100

Attorney for Defendant(s)