IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 06-cv-00154-RPM

GILBERT G. ASUNCION,

        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security

_____

## ORDER AWARDING ATTORNEY FEES
_____

        Upon consideration of Plaintiff's Application for Approval of Attorney's Fees [21] and Defendant's response [23], it is

        ORDERED that pursuant to 42 U.S.C. § 406(b) the plaintiff is awarded a fee for his attorney Francis K. Culkin in the amount of $6,839.12, made payable to Francis K. Culkin, Attorney at Law," and mailed to plaintiff's counsel

        DATED:  December 4th, 2009

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge